DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
CRISTOBAL NAVARRO


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 07-165 LKK |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| v. ) | DATE, CONTINUING CASE, AND |
| ) | EXCLUDING TIME |
| CRISTOBAL NAVARRO, ) | |
| Defendant. ) | |
| ) | Date   December 8, 2009 |
| _____ ) | Time:  9:15 a.m. |
| ) | Judge: Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Carolyn Delaney, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Cristobal Navarro that the status conference scheduled for December 1, 2009, be vacated and the matter be continued to this Court's criminal calendar on December 8, 2009, at 9:15 a.m. for further status and possible change of plea.

This continuance is requested by the defense in order to permit counsel continue in negotiations with the prosecution in attempt to finalize a plea agreement.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy

1  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
2  3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
3  ends of justice served in granting the continuance and allowing the
4  defendant further time to prepare outweigh the best interests of the
5  public and the defendant in a speedy trial.
6      The Court is advised that all counsel have conferred about this
7  request, that they have agreed to the December 8, 2009, date, and that
8  Ms. Delaney has authorized Ms. Santos to sign this stipulation on her
9  behalf.

**IT IS SO STIPULATED.**

Dated: November 25, 2009         /S/ Dina L. Santos
                                 DINA L. SANTOS
                                 Attorney for
                                 Cristobal Navarro


Dated: November 25, 2009         /S/ Carolyn Delaney
                                 CAROLYN DELANEY
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**

         By the Court,


Dated: Nov. 30, 2009             _____
                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT

Stipulation and Order                    2