IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                      No. 2: 07-cr-0165 LKK KJN

    vs.

CRISTOBAL L. NAVARRO,

    Movant.                         <u>ORDER</u>

_____/

       Movant is a federal prisoner proceeding without counsel with a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.  On August 12, 2011, the magistrate judge recommended that respondent's motion to dismiss movant's motion be granted. Movant did not file objections.  On September 13, 2011, the undersigned adopted the August 12, 2011 findings and recommendations.

       It has since come to this court's attention that movant did not receive the August 12, 2011 findings and recommendations.

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The September 13, 2011 order is vacated;

2. The Clerk of the Court is directed to serve movant with the August 12, 2011 findings and recommendations.

DATED: September 20, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2