HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CRISTOBAL L. NAVARRO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CRISTOBAL L. NAVARRO,<br><br>    Defendant. | No.  Cr. S 07-165 MCE<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable MORRISON C. ENGLAND, JR. |

Defendant, CRISTOBAL L. NAVARRO, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.  Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.  On June 2, 2010, this Court sentenced Mr. Navarro to a term of 151 months imprisonment;

3.  His total offense level was 33, his criminal history category was II, and the resulting guideline range was 151 to 188 months;

4. The sentencing range applicable to Mr. Navarro was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Navarro's total offense level has been reduced from 33 to 31, and his amended guideline range is 121 to 151 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Navarro's term of imprisonment to a total term of 121 months.

Respectfully submitted,

Dated:  September 16, 2015                    Dated:   September 16, 2015

BENJAMIN B. WAGNER                            HEATHER E. WILLIAMS
United States Attorney                        Federal Defender


 /s/ *Jason Hitt*                              /s/ *Hannah R. Labaree*
JASON HITT                                    HANNAH R. LABAREE
Assistant U.S. Attorney                       Assistant Federal Defender

Attorney for Plaintiff                        Attorney for Defendant
UNITED STATES OF AMERICA                      CRISTOBAL L. NAVARRO

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Navarro is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 121 to 151 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in June 2010 is reduced to a term of 121 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Navarro shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:  September 18, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT